Fill in this information to identify your case:

Debtor 1: **Javier Feliciano Escalona Velazquez**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

☐ Check if this is an amended filing

B 103B

# Application to Have the Chapter 7 Filing Fee Waived
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: Tell the Court About Your Family and Your Family's Income

**1. What is the size of your family?**
*Your family* includes you, your spouse, and any dependents listed on *Schedule J: Your Expenses* (Official Form 106J).

Check all that apply:
■ You
☐ Your spouse
☐ Your dependents

How many dependents? **0**
Total number of people **1**

**2. Fill in your family's average monthly income.**

Include your spouse's income if your spouse is living with you, even if your spouse is not filing.

Do not include your spouse's income if you are separated and your spouse is not filing with you.

Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

If you have already filled out *Schedule I: Your Income*, see line 10 of that schedule.

| | That person's average monthly net income (take-home pay) |
|---|---|
| You.............. $ | 780.00 |
| Your spouse + $ | 0.00 |
| Subtotal......... $ | 780.00 |

Subtract any non-cash governmental assistance that you included above.  − $ 0.00

**Your family's average monthly net income**   Total............... $ **780.00**

**3. Do you receive non-cash governmental assistance?**
■ No
☐ Yes. Describe..........

**Type of assistance**

**4. Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**
■ No
☐ Yes. Explain. ...........

**5. Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.

The Debtor does not have a job and does not have sufficient funds to pay the filing fee. Debtor paid attorney fees with what was left of his savings. The Debtor is 68 years old.

Debtor 1    **Javier Feliciano Escalona Velazquez**    Case number (if known) _____

## Part 2: Tell the Court About Your Monthly Expenses

6. **Estimate your average monthly expenses.**

   Include amounts paid by any government assistance that you reported on line 2.    $ **990.00**

   If you have already filled out *Schedule J, Your Expenses*, copy line 22 from that form.

7. **Do these expenses cover anyone who is not included in your family as reported in line 1?**
   - ■ No
   - ☐ Yes. Identify who.....

8. **Does anyone other than you regularly pay any of these expenses?**
   - ■ No
   - ☐ Yes. How much do you regularly receive as contributions? $ **0.00** monthly

   If you have already filled out *Schedule I: Your Income*, copy the total from line 11.

9. **Do you expect your average monthly expenses to increase or decrease by more than 10% during the next 6 months?**
   - ☐ No
   - ■ Yes. Explain. ..........    **Cost of living may go up with inflation and in general in South Florida.**

## Part 3: Tell the Court About Your Property

If you have already filled out *Schedule A/B: Property (Official Form 106A/B)* attach copies to this application and go to Part 4.

10. **How much cash do you have?**
    *Examples:* Money you have in your wallet, in your home, and on hand when you file this application
    
    Cash:    $ _____

11. **Bank accounts and other deposits of money?**
    *Examples:* Checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, and other similar institutions. If you have more than one account with the same institution, list each. Do not include 401(k) and IRA accounts.

    | | Institution name: | Amount: |
    |---|---|---|
    | Checking account: | _____ | $ _____ |
    | Savings account: | _____ | $ _____ |
    | Other financial accounts: | _____ | $ _____ |
    | Other financial accounts: | _____ | $ _____ |

12. **Your home?** (if you own it outright or are purchasing it)
    
    *Examples:* House, condominium, manufactured home, or mobile home
    
    Number  Street _____
    
    City _____ State _____ Zip Code _____
    
    Current value: $ _____
    
    Amount you owe on mortgage and liens: $ _____

13. **Other real estate?**
    
    Number  Street _____
    
    City _____ State _____ Zip Code _____
    
    Current value: $ _____
    
    Amount you owe on mortgage and liens: $ _____

14. **The vehicles you own?**
    
    *Examples:* Cars, vans, trucks
    
    Make: _____
    Model: _____
    Year: _____
    
    Current value: $ _____
    Amount you    $ _____

Debtor 1    Javier Feliciano Escalona Velazquez            Case number (if known) _____

| | | |
|---|---|---|
| sports utility vehicles, motorcycles, tractors, boats | Mileage: _____<br>Make: _____<br>Model: _____<br>Year: _____<br>Mileage: _____ | Amount you owe on liens: _____<br>Current value: $ _____<br>Amount you owe on liens: $ _____ |

**15. Other assets?**
Do not include household items and clothing.

Describe the other assets: _____

Current value: $ _____
Amount you owe on liens: $ _____

**16. Money or property due you?**

*Examples:* Tax refunds, past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, workers compensation, personal injury recovery

Who owes you the money or property? _____

How much is owed? $ _____

$ _____

Do you believe you will likely receive payment in the next 180 days?
☐ No
☐ Yes. Explain:
_____

## Part 4: Answer These Additional Questions

**17. Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules?**

☐ No
■ Yes. **Whom did you pay?** *Check all that apply:*
   ■ An Attorney
   ☐ A bankruptcy petition preparer, paralegal, or typing service
   ☐ Someone else ___

How much did you pay?

$ **1,500.00**

**18. Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?**

■ No
☐ Yes. **Whom do you expect to pay?** *Check all that apply:*
   ☐ An Attorney
   ☐ A bankruptcy petition preparer, paralegal, or typing service
   ☐ Someone else ___

How much do you expect to pay?

$ **0.00**

**19. Has anyone paid someone on your behalf for services for this case?**

■ No
☐ Yes. **Who was paid on your behalf?**
   *Check all that apply:*
   ☐ An Attorney
   ☐ A bankruptcy petition preparer, paralegal, or typing service
   ☐ Someone else ___

Who paid? *Check all that apply:*
☐ Parent
☐ Brother or sister
☐ Friend
☐ Pastor or clergy
☐ Someone else ___

How much did someone else pay?

$ **0.00**

**20. Have you filed for bankruptcy within the last 8 years?**

■ No
☐ Yes.

| | District | When (MM/DD/YYYY) | Case Number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

B 103B (Official Form 103B)    **Application to Have the Chapter 7 Filing Fee Waived**    page 3

Debtor 1  **Javier Feliciano Escalona Velazquez**        Case number (if known) _____

| Part 5: | Sign Below |

**By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.**

x **/s/ Javier Feliciano Escalona Velazquez**           x _____
**Javier Feliciano Escalona Velazquez**
Signature of Debtor 1                                    Signature of Debtor 2

Date **August 18, 2023**                                 Date _____

Debtor 1     Javier Feliciano Escalona Velazquez          Case number (if known) _____

| Fill in this information to identify the case: |
|---|
| Debtor 1    **Javier Feliciano Escalona Velazquez** |
|             First Name    Middle Name    Last Name |
| Debtor 2 |
| (Spouse, if filing)    First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the:    **SOUTHERN DISTRICT OF FLORIDA** |
| Case number |
|  (if known) |

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B), the court orders that the application is:

☐ **GRANTED.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

☐ **DENIED.** The debtor must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ _____ | _____ Month/ day/ year |
| $ _____ | _____ Month/ day/ year |
| $ _____ | _____ Month/ day/ year |
| + $ _____ | _____ Month/ day/ year |
| **Total** $ _____ | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

☐ **Scheduled for hearing.**

A hearing to consider the debtor's application will be held
on _____ at _____ AM/PM at _____
    Month/ day/ year                                    Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

**By the court:** _____
United States Bankruptcy Judge

B 103B (Official Form 103B)    **Application to Have the Chapter 7 Filing Fee Waived**    page 5

| Fill in this information to identify your case and this filing: | | |
|---|---|---|
| Debtor 1 | Javier Feliciano Escalona Velazquez | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | |
| Case number | | ☐ Check if this is an amended filing |

Official Form 106A/B
# Schedule A/B: Property      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1  Make: **Mazda**
        Model: **MPV**
        Year: **2006**
        Approximate mileage: **156541**
        Other information:
        Valuation based on CarMax Appraisal.
        VIN: JM3LW28JX60568440
        Vehicle has a Rebuilt Title

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property
       (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $350.00 | $350.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................................=>**      **$350.00**

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?      Current value of the portion you own? Do not deduct secured claims or exemptions.

Official Form 106A/B                                    Schedule A/B: Property                                    page 1

Debtor 1   **Javier Feliciano Escalona Velazquez**     Case number *(if known)*

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | **Debtor rents a room in the house. Minimal items such as a bed, dresser, nightstand, and a chair. Also has bedspreads, sheets, and towels.** | |
   |---|---|
   | **Value is debtor's valuation based on age and condition.** | **$500.00** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | **Microwave and cellphone.** | |
   |---|---|
   | **Value is Debtor's valuation based on age and condition.** | **$100.00** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | **Used clothes and shoes, value is Debtor's valuation based on age and condition.** | **$60.00** |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

Official Form 106A/B                    Schedule A/B: Property                    page 2

Debtor 1    **Javier Feliciano Escalona Velazquez**                                    Case number *(if known)*

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................    **$660.00**

**Part 4:  Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.............................................................................................
                                                                              **Cash on hand**    **$20.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................    Institution name:

    17.1.  **Checking**    **Bank Name: Bank of America**
                           **Account Number Ending: 6348**    **$26.51**

    17.2.  **Checking**    **Bank Name: Westex Community Credit Union**
                           **Account Number Ending: 0800**    **$25.00**

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them....................
                  Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                  Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                  Type of account:         Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................            Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............    Issuer name and description.

Official Form 106A/B                     Schedule A/B: Property                                     page 3

Debtor 1   Javier Feliciano Escalona Velazquez             Case number *(if known)*

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............         Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

    | 224/365<br>61% of 2022 Refund of $3,345<br>2023 Estimated refund is $2052.82<br>However, Debtor is currently unemployed and will not have the same refund.<br>Listed below as unknown.<br>2022 refund was previously used up since the Debtor is unemployed. | Federal | Unknown |
    |---|---|---|

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
            Company name:              Beneficiary:              Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No

Debtor 1   Javier Feliciano Escalona Velazquez                Case number *(if known)*  _____

☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☒ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☒ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ☒ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................**  $71.51

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☒ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
   If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☒ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☒ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here ....................................**  $0.00

**Part 8:** List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ...................................................................................................................  $0.00
56. **Part 2: Total vehicles, line 5**           $350.00
57. **Part 3: Total personal and household items, line 15**           $660.00
58. **Part 4: Total financial assets, line 36**           $71.51
59. **Part 5: Total business-related property, line 45**           $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**           $0.00
61. **Part 7: Total other property not listed, line 54**       +   $0.00

62. **Total personal property.** Add lines 56 through 61...    $1,081.51    Copy personal property total    $1,081.51

63. **Total of all property on Schedule A/B**. Add line 55 + line 62                                                 $1,081.51